UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JAMAL BELTON,

        Plaintiff,

        v.

MARK SINGER, et al.

        Defendants.

Civil Action No. 10-6462 (SDW)

**ORDER**

(CLOSED)

For the reasons expressed in the Court's Opinion filed herewith,

It is on this 8th day of July, 2011,

ORDERED that, pursuant to 28 U.S.C. § 1915(a), the application submitted by Plaintiff to proceed <u>in forma pauperis</u> is hereby GRANTED; and it is further

ORDERED that the Clerk of the Court is directed to file the Complaint without prepayment of the filing fee; and it is further

ORDERED that the Complaint is DISMISSED WITH PREJUDICE, in its entirety as against all named defendants, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief may be granted.

<u>S/SUSAN D. WIGENTON</u>
United States District Judge